UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JENNIFER LYNN WILLIFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 5:17-CV-202-D** |
| NANCY A. BERRYHILL, Acting Commissioner ) | |
| of Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that upon de novo review of the administrative record, the court ADOPTS the recommendation in the M&R, DENIES plaintiff's motion for judgment on the pleadings, (DE 17), and GRANTS defendant's motion for judgment on the pleadings, (DE 19). The clerk is DIRECTED to close this case.

**This Judgment Filed and Entered on September 20, 2018, and Copies To:**
Jonathan Howell Winstead                    (via CM/ECF electronic notification)
Wanda D. Mason                              (via CM/ECF electronic notification)


DATE:                                       PETER A. MOORE, JR., CLERK
September 20, 2018                          (By) /s/ Nicole Sellers
                                            Deputy Clerk